IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ANGEL REYES MALDONADO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:26-cv-455 (AJT-WEF) |
| DONNOVAN WRIGHT, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

Before the Court is Petitioner Angel Reyes Maldonado's Petition for Writ of Habeas Corpus, [Doc. No. 1] (the "Petition"), filed on February 17, 2026. Petitioner is a citizen of Guatemala who entered the United States without inspection in 2005. *Id.* ¶¶ 1, 3. On February 15, 2026, Petitioner was arrested by ICE officers and transported to Riverside Regional Jail, where he is currently detained without the opportunity to post bond. *Id.* ¶¶ 47, 57.

On February 22, 2026, in response to a Court order, Respondents submitted that the factual and legal issues presented in the Petition do not differ in any material fashion from those presented in *Hernandez v. Crawford*, No. 1:25-CV-01565-AJTWBP, 2025 WL 2940702 (E.D. Va. Oct. 16, 2025), or the other opinions of this Court cited therein. [Doc. No. 4].[1] Accordingly, the Court incorporates the filings in *Hernandez* into the record of this habeas action. For the reasons stated in *Hernandez*, the Petition is GRANTED, and it is hereby

**ORDERED** that Respondents provide Petitioner with a bond hearing before an

---

[1] As Respondents acknowledge, Petitioner also challenges his detention under the Fourth Amendment, which was not a basis for the Court's ruling in *Hernandez v. Crawford*, No. 1:25-CV-01565-AJTWBP, 2025 WL 2940702 (E.D. Va. Oct. 16, 2025). Since the Court grants relief on Counts I (relief under the INA) and II (relief under the Fifth Amendment of the Constitution) of the Petition, the Court does not opine on the merits of Petitioner's Fourth Amendment claim.

immigration judge pursuant to 8 U.S.C. § 1226(a) within seven days of the date of this Order; and it is further

ORDERED that if Petitioner is granted bond by an Immigration Judge, Respondents are ENJOINED from denying bond to Petitioner, or from invoking the automatic stay provision pursuant to 8 C.F.R. § 1003.19(i)(2); and it is further

ORDERED that Respondents file a status report with this Court within three days of the bond hearing, stating whether Petitioner has been granted bond, and, if his request for bond was denied, the reasons for that denial.

The Clerk is directed to send copies of this Order to all counsel of record, and to terminate the case.

Alexandria, Virginia
February 23, 2026

Anthony J. Trenga
United States District Judge

2